Michael I. Weiss, Esq. [163814]
LAW OFFICES OF LERNER & WEISS,
A Professional Corporation
21600 Oxnard Street, Suite 1130
Woodland Hills, California 91367
Telephone: (818) 986-0893 * Facsimile: (818) 385-3576

File No.:16622

Attorneys for Plaintiff
A.I. CREDIT CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| A.I. CREDIT CORP,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THOMAS J. ROSBY and JOHN. M.<br>FRANKLIN, et al.<br><br>　　　　Defendants. | Case No. 5:07-mc-00007-UA<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>(Filed Concurrently with Notice of Application For Renewal of Judgment, Affidavit of Accrued Interest and Proof of Service) |

　　　Judgment creditor A.I. Credit Corp., ("Applicant"), hereby applies for renewal of judgment entered in the above matter a follows:

　　　**Judgment Creditor:** A.I. Credit. Corp., 30 Montgomery Street, Suite 1000, Jersey City, New Jersey, 07302, and c/o Michael I. Weiss, Esq., Law Offices of Lerner & Weiss, APC, 21600 Oxnard Street, Suite 1130, Woodland Hills, California, 91367.

　　　**Judgment Debtors:** Thomas J. Rosby, with an address of 45665 Delgado Street, Indian Wells, California, 92210; John M. Franklin is deceased.

　　　**Original Judgment:** The original judgment in this matter was entered on June 2, 2005 under case number 4:99cv10AS. An Amended Judgment was entered by the court on February 1, 2006, under case number 4:99cv10AS. Neither judgment has been renewed.

1
2     **Renewal of Money Judgment:**
3         Judgment Amount:           $1,979,893.00
4         Post-Judgment Interest:       $ <u>748,851.84</u>
5         **Total Renewed Judgment**     $2,728,744.84
6
7     A copy of the original Judgment from the PACER website is attached hereto as Exhibit 1.
8 A certified copy of the Amended Judgment is attached hereto as Exhibit 2.  A conformed copy of
9 the Certification of Judgment For Registration In Another District is attached hereto as Exhibit 3.
10 Dated: January 25, 2016               LAW OFFICES OF LERNER & WEISS
11
12                                      By: _____
13                                   MICHAEL I. WEISS, Attorneys for A.I. Credit
14 Date: August 29, 2016               By _____ Deputy Clerk
15                                   CLERK, U. S. DISTRICT COURT
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

AO 450   USDC IN/ND case 4:99-cv-00010-AS   document 324   filed 06/02/05   page 1 of 1

# United States District Court

## Northern District of Indiana

A.I. CREDIT CORPORATION
    Plaintiff

JUDGMENT IN A CIVIL CASE

v.

Case No. 4:99cv10AS

THOMAS J. ROSBY and JOHN M. FRANKLIN
    Defendants

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by Court.** This action came to trial, hearing or consideration before the Court. The issues have been tried, heard or considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that summary judgment must be GRANTED in favor of A.I. Credit and against both Thomas J. Rosby and John M. Franklin on Count III of the Third Amended Complaint. The plaintiff A.I. Credit is entitled to judgment in the amount of $1,979,893.00 as against Thomas J. Rosby and John M. Franklin. The Clerk shall enter judgment accordingly.

Stephen R. Ludwig, Clerk

By Cannie S. Inman
Deputy Clerk

This document entered pursuant to Rules 79(a) and 58
of the Federal Rules of Civil Procedure on **June 2, 2005**.

EXHIBIT 2

AO 450

# United States District Court
## Northern District of Indiana

United States District Court
Northern District of Indiana
I certify that the foregoing is a
true copy of the original on file in this
court and cause
STEPHEN R. LUDWIG, CLERK
By [signature] 8/3/07
Deputy Clerk

A.I. CREDIT CORP.
   Plaintiff

**AMENDED JUDGMENT IN A CIVIL CASE**

v.

Case No. 4:99cv10AS

THOMAS J. ROSBY and JOHN M. FRANKLIN
  Defendant

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by Court.** This action came to trial, hearing or consideration before the Court. The issues have been tried, heard or considered and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that summary judgment must be GRANTED in favor of A.I. Credit and against both Thomas J. Rosby and John M. Franklin on Count III of the Third Amended Complaint. The plaintiff A.I. Credit is entitled to judgment in the amount of $1,979,893.00 as against Thomas J. Rosby and John M. Franklin. The Clerk shall enter judgment accordingly.

  The remaining claims (Counts I and II of the Third Amended Complaint) against Defendant John M. Franklin are dismissed with prejudice.

               Stephen R. Ludwig, Clerk

               By  s/Cannie Inman
               Deputy Clerk

**Post Judgment Interest Rate: 3.26%**

This document entered pursuant to Rules 79(a) and 58
of the Federal Rules of Civil Procedure on **February 1, 2006.**

EXHIBIT 3

AO 451 (Rev. 12/83) Certification of Judgment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

A.I. Credit Corp.

v.

Thomas J. Rosby, et al.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: 4:99cv10AS

I, Stephen R. Ludwig, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on February 1, 2006, Date as it appears in the records of this court, and that

\* an appeal was taken from this judgment and the appeal was dismissed by order entered on February 22, 2007.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

8/3/07
Date

Stephen R. Ludwig
Clerk

(By) Deputy Clerk

\* Insert the appropriate language: ... "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ... "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ... "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." ... "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(† Note: The motions listed in Rule 4(a), Fed.R.App.P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

AO-451

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 21600 Oxnard Street, Suite 1130, Woodland Hills, California 91367. On January 27, 2016, I served the foregoing document described as:

**APPLICATION FOR RENEWAL OF JUDGMENT**

SERVED UPON:

| Thomas J. Rosby<br>45665 Delgado Street<br>Indian Wells, CA  92210 | |
|---|---|

[X]  **(BY MAIL)** I deposited the above document in the United States mail at Woodland Hills, California, in a sealed envelope, and with postage thereon fully prepaid. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence so collected is deposited with the United States Postal Service the same day.

[ ]  **(BY FACSIMILE)** The above-referenced document was transmitted by facsimile transmission and the transmission was reported as completed and without error. Pursuant to C.R.C. 2009(i), I either caused, or had someone cause, the transmitting machine to properly transmit the attached document to the facsimile numbers shown on the service list.

[ ]  **(BY FEDERAL EXPRESS)** I am readily familiar with the practice of Lerner & Weiss for collection and processing of documents for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

[ ]  **(BY PERSONAL SERVICE)** I delivered to an authorized courier or driver authorized to receive documents to be delivered on the same date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 27, 2016, at Woodland Hills, California.

_____<br>JODEE M. JONES

PROOF OF SERVICE

Printed on Recycled Paper